THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS KREKELER, Appellant, *v.* EDMOND J. BUTLER, as Commissioner of the Tenement House Department of the City of New York, Respondent.

*People ex rel. Krekeler* v. *Butler*, 129 App. Div. 910, affirmed.
(Argued October 4, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1908, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to approve certain plans and specifications.

*Ira J. Ettinger* and *William Hauser* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, John P. O'Brien* and *Samuel J. Parmenter* of counsel), for respondent.

Order affirmed, with costs, on opinion of GERARD, J., at Special Term.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.